69,627-03

CLERK OF COURT
**ABEL ACOSTA**
COURT OF CRIMINAL APPEALS
OF TEXAS
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

APRIL 30, 2015

RE: SIERRA, CORY E. Tr. Ct. S-05-3072-CR, WR-69,627-03
    ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT:

On the 17th of March, 2015, my original application for writ of mandamus was received and presented to this court. I'm writing to find out if there was a response to my writ of mandamus according to what I presented in my writ. I have yet to hear anything from the trial court on any answer given down from this court concerning my filing of Chapter 64, which the trial court turned down because I "didn't argue the correct merits" and the 13th C.O.A. refusal to follow the guidelines to Chapter 64 about the indigency and request for help by attorney to file motion of request for D.N.A. testing. I believe that my writ of mandamus has grounds to allow me to move forward with my request due to the information provided on the prosecutor's misconduct and false testimony provided by Dr. Doran which both my trial attorney and A.D.A. knew the D.N.A. testing at the time contradicted and proved there was tampering by the mother of the victim A.Y., because of the prosecutor's misconduct and trial attorneys I.A.C. one can say as myself that this adds up to a Hate Crime by the representatives of the State of Texas to the County of San Patricio, Texas. To use such tactics as bringing in a H.I.V. Doctor to give false testimony to prejudice the defense or defendant and his trial counsel just sit there and not protect his client to the best of his ability according to the six amendment as promised by the U.S. Constitution, that is if the Texas Constitution states different in their six amendment according to the U.S. Constitution and the trial counsel need not protect his client from false testimony that he knows to be false, then I guess my trial counsel did his job. If not then my writ of mandamus should be allowed to move forward by this court in the pursuit of justice. Thank you for your time in this matter it is greatly appreciated.

Respectfully Submitted,

Cory E. Sierra

Cory Estrada Sierra
#1341616
Beto Unit / 1391 FM 3328
Tennessee Colony, TX 75880